USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRADE THE NEWS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> NEWSQUAWK VOICE LTD., <br><br> Defendant. | **24-CV-8998 (VM)** <br><br> **ORDER OF CONDITIONAL** <br> **DISCONTINUANCE** |

**VICTOR MARRERO, United States District Judge.**

  Counsel for plaintiff Trade the News, Inc. ("TTN") having notified the Court, by letter dated April 2, 2025 (see Dkt. No. 10), that TTN and defendant Newsquawk Voice Ltd. ("Newsquawk") have reached an agreement in principle to settle this action without further litigation, and do not object to the issuance of this Order, it is hereby

  **ORDERED,** that this action be conditionally discontinued without prejudice and without costs. Within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Any application for restoration of the action to the active calendar of this Court must be made by letter within thirty (30) days of the date of this Order. Upon such notification, Newsquawk shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to

1

appear before the Court, without the necessity of additional process, on a date within ten days of TTN's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event TTN has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled. The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          4 April 2025

_____
VICTOR MARRERO
U.S.D.J.